## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

PLAINSCAPITAL BANK                    §
                                      §
v.                                    §        Case No. 4:09-cv-653
                                      §
HILLARY MACHINERY, INC.               §

## FINAL JUDGMENT

Pursuant to the Agreed Order of Dismissal With Prejudice it is hereby **ORDERED,**

**ADJUDGED, and DECREED** that final judgment be entered in this case.

All relief not previously granted is hereby DENIED.

**It is SO ORDERED.**

**SIGNED this 9th day of June, 2010.**

_Michael H. Schneider_
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE